UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLARENCE McNAIR, | Case No.: 3:16-CV-00234-RCJ-VPC |
| Plaintiff, | ORDER |
| vs. | |
| ISIDRO BACA, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 43[1]) entered on October 10, 2017, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 35). On November 30, 2017 Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF No. 46).

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 43) entered on October 10, 2017 should be ADOPTED and ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 35) is GRANTED.

---

[1] Refers to Court's docket number.

ORDER - 1

IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (ECF No. 39) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED.

Dated this 7th day of December, 2017.

_____
ROBERT C. JONES
Senior District Judge